FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOEY A., <br><br> Plaintiff, <br><br> vs. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. 1:22-CV-3037-JAG <br><br> ORDER GRANTING STIPULATED REMAND |

Before the court is the parties' Stipulated Motion to Remand. ECF No. 17. After considering the file and proposed order, it is hereby **ORDERED:**

1. The parties Stipulated Motion to Remand, **ECF No. 17**, is **GRANTED**.

2. Based on the stipulation of the parties, the above-captioned case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council shall instruct the administrative law judge to:

    a) Reevaluate the claimant's residual functional capacity;

    b) Reevaluate the opinion evidence and prior administrative medical findings;

ORDER GRANTING STIPULATED REMAND - 1

  c) Reevaluate the claimant's subjective complaints and the non-medical source statements;

  d) Take any action necessary to complete the administrative record;

  e) Offer the claimant an opportunity for a hearing; and

  f) Issue a new decision.

3. All other pending motions are **DENIED AS MOOT**.

4. Judgment shall be entered for **Plaintiff**.

5. Upon proper consideration, the Court will consider Plaintiff's application for reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, enter judgment in favor of the Plaintiff, provide copies of the Order and Judgment to counsel, and **CLOSE THIS FILE.**

DATED October 18, 2022.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED REMAND - 2